1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Priority ——
Send ——
Enter ——
Closed ——
JS-5/JS-6 ✓
JS-2/JS-3 ——
Scan Only ——

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARYA SHAHMOHAMADIAN,

                Petitioner,

   v.

W.A. KANE,

                Respondent.

)
)
)
)
)
)
)
)
)
)
)

NO. CV 05-4837-TJH (MAN)
[Consolidated with Case No.
CV 05-5744-TJH (MAN)]

JUDGMENT

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Case No. CV 05-4837-TJH (MAN) and Case No. CV 05-5744-TJH (MAN) are dismissed with prejudice.

DATED: _____1/18/08_____.

_____
TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE